# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| BRIAN DARNELL CASEY, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:19-cv-00617-LSC-SGC |
| ) | |
| WALKER COUNTY DISTRICT ) | |
| JUDGE ALLRED,[1] et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on January 11, 2021, recommending all claims presented in this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. 19). To the extent the plaintiff may assert a legal malpractice claim under state law against Walker County Public Defender Sam Bentley, the magistrate judge recommended the claim be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). (*Id.*). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.[2]

---

[1] The Clerk of Court is **DIRECTED** to amend to amend the docket sheet to substitute Judge Allred as a defendant, taking the place of "Walker county Circuit Court." (*See* Doc. 19 at 1, n.1).

[2] On January 15, 2021, the court received the plaintiff's request for the status of his case, dated January 12, 2021. (Doc. 20). It appears the plaintiff had not yet received the magistrate judge's January 11, 2021 report and recommendation when he submitted this request.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted. Additionally, the plaintiff's state law claim asserted in the complaint is due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

A Final Judgment will be entered.

**DONE** and **ORDERED** on February 19, 2021.

_____
L. Scott Coogler
United States District Judge

160704